# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICK COPE and SUSAN TULLY,**

    **Plaintiffs,**

**V.**                                                 Case No: 6:11-cv-474-Orl-22KRS

**LAKE AUSTIN PROPERTIES I, LTD.,**

    **Defendant.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 25) filed on March 30, 2012.

The United States Magistrate Judge has submitted a report recommending that Attorney Urban and Plaintiff Patrick Cope not be sanctioned for their actions in this matter. After an independent *de novo* review of the record in this matter, and noting no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 30, 2012 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Court DECLINES to sanction Attorney Urban and Plaintiff Patrick Cope for their actions in this matter. In the future Attorney Urban shall carefully review papers before filing them with the Court to ensure that they are complete and accurate, and advise the Court when substitutions or other changes are later made to any filing.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record